UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cv-00572-MR

| DAYSHAWN BECKHAM, | ) |
|---|---|
| Petitioner, | ) |
| vs. | ) ORDER |
| MECKLENBURG COUNTY, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on review of the docket in this matter.

On June 17, 2024, pro se Petitioner Dayshawn Beckham ("Petitioner") filed this action seeking relief under 28 U.S.C. § 2241. [Doc. 1]. Petitioner, however, failed to pay the filing fee or file a motion to proceed in forma pauperis (IFP). On June 18, 2024, the Clerk entered a Notice of Deficiency requiring Plaintiff to pay the filing fee or apply to proceed IFP within 21 days of the Clerk's Order. [Doc. 2]. The Clerk advised Plaintiff that the failure to do so may result in the dismissal of this action without prejudice for failure to prosecute. [Id.].

More than 21 days have passed, and Plaintiff has not complied with the Clerk's Order. The Court will, therefore, dismiss this action without

prejudice.

**IT IS, THEREFORE, ORDERED** that this action is dismissed without prejudice.

The Clerk is instructed to terminate this action.

**IT IS SO ORDERED**.

Signed: July 29, 2024

Martin Reidinger
Chief United States District Judge